# EXHIBIT A

ctronically FILED by Superior Court of California, County of Los Angeles on 10/21/2020 03:14 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Mariano, Deputy Clerk

Case 2:22-cv-03158-ODW-MAA   Document 1   Filed 05/09/22   Page 2 of 21   Page ID #:13

**SUM-100**

# FIRST AMENDED SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| | **FOR COURT USE ONLY**<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc. and Does 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Eric Garcia; Timothy Garcia

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es:)*  Los Angeles Superior Court, 111 N. Hill St., Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):*<br>**20STCV34816** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*

Roger E. Booth, Booth Law, 21250 Hawthorne Blvd, Suite 475, Torrance, CA 90503, (310) 515-1361

| DATE:<br>*(Fecha)* 10/21/2020 | Sherri R. Carter Executive Officer / Clerk of Court<br>Clerk, by  M. Mariano | , Deputy |
|---|---|---|
| | *(Secretario)* | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):*  Electrolux Home Products, Inc.

under: ☒ CCP 416.10 (corporation)  ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☒ by personal delivery on *(date)*  10 / 27 / 20

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |
|---|---|---|

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger E. Booth - Bar No. 154691<br>BOOTH LAW<br>21250 Hawthorne Boulevard, Suite 475<br>Torrance, CA 90503 | |

TELEPHONE NO.: 310-515-1361     FAX NO. *(Optional):* 310-540-0433
E-MAIL ADDRESS *(Optional):* rbooth@booth.law
ATTORNEY FOR *(Name):* Plaintiffs Eric Garcia and Timothy Garcia

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Central Distrist - Stanley Mosk Courthouse

PLAINTIFF: Eric Garcia; Timothy Garcia

DEFENDANT: Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

[✓] DOES 1 TO 50

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[✓] **AMENDED** *(Number):* First

**Type** *(check all that apply):*

| [ ] MOTOR VEHICLE | [✓] OTHER *(specify):* Products liability |
|---|---|
| [ ] Property Damage | [✓] Wrongful Death |
| [ ] Personal Injury | [ ] Other Damages *(specify):* |

CASE NUMBER:
20STCV34816

**Jurisdiction** *(check all that apply):*

[ ] **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded [ ] does not exceed $10,000
                 [ ] exceeds $10,000, but does not exceed $25,000
[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED** by this amended complaint
     [ ] **from limited to unlimited**
     [ ] **from unlimited to limited**

1. **Plaintiff** *(name or names):* Eric Garcia; Timothy Garcia

   alleges causes of action against **defendant** *(name or names):*

   Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult

   a. [ ] **except** plaintiff *(name):*

       (1) [ ] a corporation qualified to do business in California

       (2) [ ] an unincorporated entity *(describe):*

       (3) [ ] a public entity *(describe):*

       (4) [ ] a minor [ ] an adult

          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

          (b) [ ] other *(specify):*

       (5) [ ] other *(specify):*

   b. [ ] **except** plaintiff *(name):*

       (1) [ ] a corporation qualified to do business in California

       (2) [ ] an unincorporated entity *(describe):*

       (3) [ ] a public entity *(describe):*

       (4) [ ] a minor [ ] an adult

          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed

          (b) [ ] other *(specify):*

       (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Electronically Received 10/21/2020 03:14 PM

Page 1 of 3

**PLD-PI-001**

| SHORT TITLE:<br>Garcia v. Electrolux | CASE NUMBER:<br>20STCV34816 |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☑ **except** defendant *(name):* Electrolux AB
   - (1) ☑ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe):*

   - (4) ☐ a public entity *(describe):*

   - (5) ☐ other *(specify):*

   c. ☑ **except** defendant *(name):* JRCA, Inc.
   - (1) ☐ a business organization, form unknown
   - (2) ☑ a corporation
   - (3) ☐ an unincorporated entity *(describe):*

   - (4) ☐ a public entity *(describe):*

   - (5) ☐ other *(specify):*

   b. ☑ **except** defendant *(name):* Electrolux Home Products
   - (1) ☐ a business organization, form unknown
   - (2) ☑ a corporation
   - (3) ☐ an unincorporated entity *(describe):*

   - (4) ☐ a public entity *(describe):*

   - (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
   - (1) ☐ a business organization, form unknown
   - (2) ☐ a corporation
   - (3) ☐ an unincorporated entity *(describe):*

   - (4) ☐ a public entity *(describe):*

   - (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☑ Doe defendants *(specify Doe numbers):* 1-50 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE:<br>Garcia v. Electrolux | CASE NUMBER:<br>20STCV34816 |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☐ General Negligence

c. ☐ Intentional Tort

d. ☑ Products Liability

e. ☐ Premises Liability

f. ☐ other *(specify):*

11. Plaintiff has suffered

a. ☐ wage loss

b. ☑ loss of use of property

c. ☐ hospital and medical expenses

d. ☐ general damage

e. ☑ property damage

f. ☐ loss of earning capacity

g. ☑ other damage *(specify):*

    Emotional distress from witnessing the death of plaintiffs' mother

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

    a. ☐ listed in Attachment 12.

    b. ☑ as follows:

        Plaintiffs are the sons of decedent Virginia Garcia. They are seeking damages for loss of financial support, love, companionship, comfort, care, assistance, protection, affection, society and moral support.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

    a. (1) ☑ compensatory damages

        (2) ☑ punitive damages

    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☑ according to proof

    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: October 7, 2020

Roger Booth

_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Garcia v. Electrolux | 20STCV34816 |

First _____ **CAUSE OF ACTION—Products Liability**   Page ____ 4 ____

(number)

ATTACHMENT TO  [✓] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*  Eric Garcia; Timothy Garcia

Prod. L-1. On or about *(date):*  6/9/2020                plaintiff was injured by the following product:
Frigidaire model FRG5711KW clothes dryer

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects.
The product was defective when it left the control of each defendant. The product at the time of injury was being
[✓] used in the manner intended by the defendants.
[ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.          [ ] user of the product.
[✓] bystander to the use of the product.   [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4. [✓] **Count One—Strict liability** of the following defendants who
a. [✓] manufactured or assembled the product *(names):*
Electrolux AB; Electrolux Home Products, Inc.

[✓] Does 1 _____ to 50 _____

b. [ ] designed and manufactured component parts supplied to the manufacturer *(names):*

[ ] Does _____ to _____

c. [✓] sold the product to the public *(names):*
JRCA, Inc.

[✓] Does 1 _____ to 50 _____

Prod. L-5. [✓] **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*
Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.
[✓] Does 1 _____ to 50 _____

Prod. L-6. [✓] **Count Three—Breach of warranty** by the following defendants *(names):*
Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.
[✓] Does 1 _____ to 50 _____
a. [✓] who breached an implied warranty
b. [ ] who breached an express warranty which was
[ ] written   [ ] oral

Prod. L-7. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

**PLD-PI-001(6)**

| SHORT TITLE:<br>Garcia v. Electrolux | CASE NUMBER:<br>20STCV34816 |
|---|---|

## Exemplary Damages Attachment

Page _____5_____

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

EX-1. As additional damages against defendant *(name)*:

Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

Plaintiff alleges defendant was guilty of
[✓] malice
[✓] fraud
[✓] oppression

as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:

Defendants knew for many years prior to the sale of the subject dryer in 2010 that the dryer had a dangerous defect, namely that it would accumulate lint in the baffle, near the heating element, and that this could lead to fires. In addition, the dryer contains an unnecessary number of highly flammable plastic components that causes fires to spread much more quickly. These defects had lead to numerous fires, causing extensive property damage, injuries and death. Yet defendants waited many years before finally changing the design of this dryer on models sold in the U.S. in around 2011. Prior to that, they had changed the design for models sold in other countries.

Even after recognizing the dangerous defects in this dryer and the hazard that they posed, and even after changing the design, defendants took no steps to recall or retrofit the old dryers or warn consumers of the defect. Consumers like decedent Virginia Garcia had no idea that they had a serious fire hazard located in their homes.

Defendants' conduct was despicable and was done with a willful and knowing disregard of the safety of consumers who bought their dryers, as well as others who might be exposed to the hazard. Defendants knew that a significant number of their defective dryers would start fires and that this would lead to property damage, injuries and death. Yet defendants deliberately failed to take steps to eliminate this hazard because they were afraid that doing so would cause them to incur substantial costs and/or lose sales. In fact, defendants took steps to conceal this hazard from the public. Consumers such as Virginia Garcia and her sons (the plaintiffs in this lawsuit) were subjected to cruel and unjust hardship in knowing disregard of their rights.

EX-3. The amount of exemplary damages sought is
a. [✓] not shown, pursuant to Code of Civil Procedure section 425.10.
b. [ ] $

Page 1 of 1

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001(6) [Rev. January 1, 2007]

**Exemplary Damages Attachment**

Code of Civil Procedure, § 425.12<br>www.courtinfo.ca.gov

ctronically FILED by Superior Court of California, County of Los Angeles on 09/11/2020 03:07 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

Case 2:22-cv-03158-ODW-MAA   Document 1-2   Filed 05/09/22   Page 8 of 21   Page ID #:19

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc. and Does 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Eric Garcia; Timothy Garcia

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es:)* Los Angeles Superior Court, 111 N. Hill St., Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso:)* 20STCV34816 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Roger E. Booth, Booth Law, 21250 Hawthorne Blvd. Suite 475, Torrance, CA 90503, (310) 515-1361

| DATE: *(Fecha)* 09/11/2020 | Clerk, by *(Secretario)* Sherri R. Carter Executive Officer / Clerk of Court H. Flores-Hernandez | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Electrolux Home Products, Inc.

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
         ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
         ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
         ☐ other *(specify):*

4. ☒ by personal delivery on *(date)* 10/27/20

*Page 1 of 1*

| Form Adopted for Mandatory Use Judicial Council of California SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465 *www.courts.ca.gov* |
|---|---|---|

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Roger E. Booth - Bar No. 154691<br>BOOTH LAW<br>21250 Hawthorne Boulevard, Suite 475<br>Torrance, CA 90503<br><br>TELEPHONE NO.: 310-515-1361    FAX NO. *(Optional):* 310-540-0433<br>E-MAIL ADDRESS *(Optional):* rbooth@booth.law<br>ATTORNEY FOR *(Name):* Plaintiffs Eric Garcia and Timothy Garcia | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles. CA 90012
BRANCH NAME: Central Distrist - Stanley Mosk Courthouse

PLAINTIFF: Eric Garcia; Timothy Garcia

DEFENDANT: Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

[✓] DOES 1 TO 50

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED *(Number):*<br>**Type** *(check all that apply):*<br>[ ] MOTOR VEHICLE   [✓] OTHER *(specify):* Products liability<br>  [ ] Property Damage [✓] Wrongful Death<br>  [ ] Personal Injury   [ ] Other Damages *(specify):* | 20STCV34816 |

**Jurisdiction** *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded [ ] does not exceed $10,000
              [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

1. **Plaintiff** *(name or names):* Eric Garcia; Timothy Garcia
   alleges causes of action against **defendant** *(name or names):*
   Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except** plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

PLD-PI-001

| SHORT TITLE:<br>Garcia v. Electrolux | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☑ **except** defendant *(name):* Electrolux AB

    (1) ☑ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  c. ☑ **except** defendant *(name):* JRCA, Inc.

    (1) ☐ a business organization, form unknown

    (2) ☑ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☑ **except** defendant *(name):* Electrolux Home Products

    (1) ☐ a business organization, form unknown

    (2) ☑ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ **except** defendant *(name):*

    (1) ☐ a business organization, form unknown

    (2) ☐ a corporation

    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

  a. ☑ Doe defendants *(specify Doe numbers):* 1-50        were the agents or employees of other named defendants and acted within the scope of that agency or employment.

  b. ☑ Doe defendants *(specify Doe numbers):* 1-50        are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because

  a. ☐ at least one defendant now resides in its jurisdictional area.

  b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.

  c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.

  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**

  a. ☐ has complied with applicable claims statutes, **or**

  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☐ General Negligence

c. ☐ Intentional Tort

d. ☑ Products Liability

e. ☐ Premises Liability

f. ☐ other *(specify):*

11. Plaintiff has suffered

a. ☐ wage loss

b. ☑ loss of use of property

c. ☐ hospital and medical expenses

d. ☐ general damage

e. ☑ property damage

f. ☐ loss of earning capacity

g. ☑ other damage *(specify):*

    Emotional distress from witnessing the death of plaintiffs' mother

12. ☑ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☑ as follows:

    Plaintiffs are the sons of decedent Virginia Garcia.  They are seeking damages for loss of financial support, love, companionship, comfort, care, assistance, protection, affection, society and moral support.

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☑ compensatory damages

    (2) ☑ punitive damages

    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

    (1) ☑ according to proof

    (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 10, 2020

Roger Booth

      (TYPE OR PRINT NAME)                             (SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

**CAUSE OF ACTION—Products Liability**          Page _____

_____   (number)

ATTACHMENT TO [ ] Complaint   [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):*

Prod. L-1. On or about *(date):*                    plaintiff was injured by the following product:

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
[ ] used in the manner intended by the defendants.
[ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
[ ] purchaser of the product.            [ ] user of the product.
[ ] bystander to the use of the product.   [ ] other *(specify):*

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [ ]   **Count One—Strict liability** of the following defendants who
a. [ ]  manufactured or assembled the product *(names):*

[ ] Does _____ to _____
b. [ ]  designed and manufactured component parts supplied to the manufacturer *(names):*

[ ] Does _____ to _____
c. [ ]  sold the product to the public *(names):*

[ ] Does _____ to _____

Prod. L-5.  [ ]   **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

[ ] Does _____ to _____

Prod. L-6.  [ ]   **Count Three—Breach of warranty** by the following defendants *(names):*

[ ] Does _____ to _____
a. [ ]  who breached an implied warranty
b. [ ]  who breached an express warranty which was
[ ] written   [ ] oral

Prod. L-7.  [ ]   The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment-Prod. L-7 [ ]  as follows:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

PLD-PI-001(6)

| SHORT TITLE:<br>Garcia v. Electrolux | CASE NUMBER: |
|---|---|

## Exemplary Damages Attachment                    Page _____5_____

ATTACHMENT TO    ☑ Complaint    ☐ Cross - Complaint

EX-1. As additional damages against defendant *(name):*
    Electrolux AB; Electrolux Home Products, Inc.; JRCA, Inc.

Plaintiff alleges defendant was guilty of
☑ malice
☑ fraud
☑ oppression
as defined in Civil Code section 3294, and plaintiff should recover, in addition to actual damages, damages
to make an example of and to punish defendant.

EX-2. The facts supporting plaintiff's claim are as follows:
Defendants knew for many years prior to the sale of the subject dryer in 2010 that the dryer had a
dangerous defect, namely that it would accumulate lint in the baffle, near the heating element, and
that this could lead to fires. In addition, the dryer contains an unnecessary number of highly
flammable plastic components that causes fires to spread much more quickly. These defects had
lead to numerous fires, causing extensive property damage, injuries and death. Yet defendants
waited many years before finally changing the design of this dryer on models sold in the U.S. in
around 2011. Prior to that, they had changed the design for models sold in other countries.

Even after recognizing the dangerous defects in this dryer and the hazard that they posed, and even
after changing the design, defendants took no steps to recall or retrofit the old dryers or warn
consumers of the defect. Consumers like decedent Virginia Garcia had no idea that they had a
serious fire hazard located in their homes.

Defendants' conduct was despicable and was done with a willful and knowing disregard of the
safety of consumers who bought their dryers, as well as others who might be exposed to the
hazard. Defendants knew that a significant number of their defective dryers would start fires and
that this would lead to property damage, injuries and death. Yet defendants deliberately failed to
take steps to eliminate this hazard because they were afraid that doing so would cause them to
incur substantial costs and/or lose sales. In fact, defendants took steps to conceal this hazard from
the public. Consumers such as Virginia Garcia and her sons (the plaintiffs in this lawsuit) were
subjected to cruel and unjust hardship in knowing disregard of their rights.

EX-3. The amount of exemplary damages sought is
    a. ☑ not shown, pursuant to Code of Civil Procedure section 425.10.
    b. ☐ $

Page 1 of 1

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Spring Street Courthouse<br>312 North Spring Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**09/11/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ H. Flores-Hernandez Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>20STCV34816 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|
| ✔ | Thomas D. Long | 31 | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record

on 09/14/2020
   (Date)

Sherri R. Carter, Executive Officer / Clerk of Court

By H. Flores-Hernandez _____ , Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007.  They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within **15** days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed.  Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint.  Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date.  All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference.  These matters may be heard and resolved at this conference.  At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules.  Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction.  Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status.  If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse.  If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Roger E. Booth - Bar No. 154651
BOOTH LAW
21250 Hawthorne Boulevard, Suite 475, Torrance, CA 90503

TELEPHONE NO.: 310-515-1361   FAX NO. *(Optional):* 310-540-0433
ATTORNEY FOR *(Name):* Plaintiffs Eric Garcia and Timothy Garcia

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles. CA 90012
BRANCH NAME: Central District - Stanley Mosk Courthouse

CASE NAME:
Garcia v. Electrolux

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: |
|---|---|---|
| ☑ **Unlimited** (Amount demanded exceeds $25,000) ☐ **Limited** (Amount demanded is $25,000) | ☐ Counter ☐ Joinder  Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | 20STCV34816  JUDGE:  DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☑ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary b. ☐ nonmonetary; declaratory or injunctive relief c. ☑ punitive
4. Number of causes of action *(specify):* One (Products Liability)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date: September 10, 2020

Roger Booth
_____
(TYPE OR PRINT NAME)                                         (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California                **CIVIL CASE COVER SHEET**                Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10

ctronically FILED by Superior Court of California, County of Los Angeles on 09/11/2020 03:05 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk

| SHORT TITLE: Garcia v. Electrolux | CASE NUMBER 20STCV34816 |
|---|---|

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

### Applicable Reasons for Choosing Court Filing Location (Column C)

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | **A** Civil Case Cover Sheet Category No. | **B** Type of Action (Check only one) | **C** Applicable Reasons - See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| Other Personal Injury/ Property Damage/Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☑ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, (11) |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

| LASC CIV 109 Rev. 12/18 | **CIVIL CASE COVER SHEET ADDENDUM** | Local Rule 2.3 |
|---|---|---|
| For Mandatory Use | **AND STATEMENT OF LOCATION** | Page 1 of 4 |

| SHORT TITLE: Garcia v. Electrolux | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Non-Personal Injury/ Property Damage/ Wrongful Death Tort** | Business Tort (07) | ☐ A6029  Other Commercial/Business Tort (not fraud/breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ A6005  Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ A6010  Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ A6013  Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ A6017  Legal Malpractice | 1, 2, 3 |
| | | ☐ A6050  Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ A6025  Other Non-Personal Injury/Property Damage tort | 1, 2, 3 |
| **Employment** | Wrongful Termination (36) | ☐ A6037  Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ A6024  Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ A6109  Labor Commissioner Appeals | 10 |
| **Contract** | Breach of Contract/ Warranty (06)<br>(not insurance) | ☐ A6004  Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ A6008  Contract/Warranty Breach -Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ A6019  Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ A6028  Other Breach of Contract/Warranty (not fraud or negligence) | 1, 2, 5 |
| | Collections (09) | ☐ A6002  Collections Case-Seller Plaintiff | 5, 6, 11 |
| | | ☐ A6012  Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ A6034  Collections Case-Purchased Debt (Charged Off Consumer Debt Purchased on or after January 1, 2014) | 5, 6, 11 |
| | Insurance Coverage (18) | ☐ A6015  Insurance Coverage (not complex) | 1, 2, 5, 8 |
| | Other Contract (37) | ☐ A6009  Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ A6031  Tortious Interference | 1, 2, 3, 5 |
| | | ☐ A6027  Other Contract Dispute(not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/Inverse Condemnation (14) | ☐ A7300  Eminent Domain/Condemnation        Number of parcels_____ | 2, 6 |
| | Wrongful Eviction (33) | ☐ A6023  Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ A6018  Mortgage Foreclosure | 2, 6 |
| | | ☐ A6032  Quiet Title | 2, 6 |
| | | ☐ A6060  Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer-Commercial (31) | ☐ A6021  Unlawful Detainer-Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Residential (32) | ☐ A6020  Unlawful Detainer-Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer-Post-Foreclosure (34) | ☐ A6020F Unlawful Detainer-Post-Foreclosure | 2, 6, 11 |
| | Unlawful Detainer-Drugs (38) | ☐ A6022  Unlawful Detainer-Drugs | 2, 6, 11 |

| SHORT TITLE: Garcia v. Electrolux | CASE NUMBER |
|---|---|

| | **A**<br>Civil Case Cover Sheet<br>Category No. | **B**<br>Type of Action<br>(Check only one) | **C** Applicable<br>Reasons - See Step 3<br>Above |
|---|---|---|---|
| **Judicial Review** | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus | 2, 8 |
| | | ☐ A6152  Writ - Mandamus on Limited Court Case Matter | 2 |
| | | ☐ A6153  Writ - Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1, 2, 8 |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort<br>Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement<br>of Judgment (20) | ☐ A6141  Sister State Judgment | 2, 5, 11 |
| | | ☐ A6160  Abstract of Judgment | 2, 6 |
| | | ☐ A6107  Confession of Judgment (non-domestic relations) | 2, 9 |
| | | ☐ A6140  Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax | 2, 8 |
| | | ☐ A6112  Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints<br>(Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only | 1, 2, 8 |
| | | ☐ A6040  Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ A6011  Other Commercial Complaint Case (non-tort/non-complex) | 1, 2, 8 |
| | | ☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2, 8 |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment With Damages | 2, 3, 9 |
| | | ☐ A6123  Workplace Harassment With Damages | 2, 3, 9 |
| | | ☐ A6124  Elder/Dependent Adult Abuse Case With Damages | 2, 3, 9 |
| | | ☐ A6190  Election Contest | 2 |
| | | ☐ A6110  Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ A6170  Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ A6100  Other Civil Petition | 2, 9 |

LASC CIV 109 Rev. 12/18

For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3

Page 3 of 4

| SHORT TITLE: Garcia v. Electrolux | CASE NUMBER |
|---|---|

**Step 4:** **Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address which is the basis for the filing location, including zip code. (No address required for class action cases).

| REASON:<br><br>☐ 1. ☐ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7.  ☐ 8.  ☐ 9. ☐ 10. ☒ 11. | ADDRESS:<br><br>1502 E. Carson St., Space 127 |
|---|---|
| CITY:<br>Carson | STATE:<br>CA | ZIP CODE:<br>90745 | |

**Step 5:** **Certification of Assignment:** I certify that this case is properly filed in the Central _____ District of the Superior Court of California, County of Los Angeles [Code Civ. Proc., §392 et seq., and Local Rule 2.3(a)(1)(E)].

Dated: September 10, 2020

_____
(SIGNATURE OF ATTORNEY/FILING PARTY)

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1.  Original Complaint or Petition.

2.  If filing a Complaint, a completed Summons form for issuance by the Clerk.

3.  Civil Case Cover Sheet, Judicial Council form CM-010.

4.  Civil Case Cover Sheet Addendum and Statement of Location form, LACIV 109, LASC Approved 03-04 (Rev. 02/16).

5.  Payment in full of the filing fee, unless there is court order for waiver, partial or scheduled payments.

6.  A signed order appointing the Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court in order to issue a summons.

7.  Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the summons and complaint, or other initiating pleading in the case.

LASC CIV 109 Rev. 12/18
For Mandatory Use

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.3
Page 4 of 4

1   Roger E. Booth - Bar No. 154691
    BOOTH LAW
2   21250 Hawthorne Boulevard, Suite 475
    Torrance, CA 90503
3   310/515-1361; Fax: 310/540-0433
    Email: rbooth@booth.law
4
    Attorneys for Plaintiff
5

6

7

8                    SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                           COUNTY OF  LOS ANGELES

10
    Eric Garcia; Timothy Garcia,              )   Case No.:    20STCV34816
11                                            )   Judge
                           Plaintiff,         )   Department
12          v.                                )
                                              )   DEMAND FOR JURY TRIAL
13                                            )
    Electrolux AB; Electrolux Home Products, Inc.; )
14  JRCA, Inc. and DOES 1 through 50, inclusive, )   Action Filed:
15                                            )   Trial Date:
                           Defendant.         )
16  _____)

17

18          Pursuant to Code of Civil Procedure section 631, plaintiffs hereby demand trial by jury in this

19  matter.

20

21  Date: September 10, 2020                      BOOTH LAW

22

23                                                By:
                                                  _____
24                                                     Roger E Booth
                                                  Attorneys for Plaintiff
25

26

27

28

                                        - 1 -

                              DEMAND FOR JURY TRIAL